UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Xiao Ye Bai,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:24-cv-01202-CDS-BNW

**Order Granting Motion to Voluntarily Dismiss Petition**

[ECF No. 3]

    Xiao Ye Bai, a Nevada state prisoner in custody at High Desert State Prison, submitted a 28 U.S.C. § 2254 habeas corpus petition challenging his conviction pursuant to a guilty plea of attempt unauthorized absence by prisoner. ECF No. 1-1. On July 8, 2024, Bai filed a motion to withdraw/terminate petition. ECF No. 3. He explains that he is pursuing his habeas claims in his earlier-filed petition in Case No. 2:24-cv-01113-JAD-NJK where he is represented by the Federal Public Defender. With good cause appearing,

    It is ordered that petitioner's motion to voluntarily withdraw/terminate the petition **[ECF No. 3] is GRANTED**. The petition is dismissed. The Clerk of Court is directed to enter judgment accordingly and to close this case.

    Dated: July 10, 2024

_____
United States District Judge

1